■ (A) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v.
ANTHONY MARRO, Appellant. (B) THE PEOPLE OF THE STATE OF NEW YORK,
Respondent, v. JOSEPH BALCER, Appellant.— In each of the above cases, per-
mission to prosecute appeal as a poor person granted. Appeal may be per-
fected upon one typewritten copy of the record and five typewritten copies of

the brief. Time to perfect appeal extended for 90 days. Motion for assignment of counsel granted and Andrew M. Dwyer, Jr., attorney at law, of Troy, New York, is assigned to prosecute the appeal.